

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 1, 2026

**BY ECF**
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Mohammad Baqer Saad Dawood Al-Saadi*, 26 Cr. 220 (CM)

Dear Judge McMahon:

      The parties respectfully request that the Court enter the enclosed proposed protective order governing discovery in this case.

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney

               by: _____
                          Sarah L. Kushner
                          Assistant United States Attorney
                          (212) 637-2676