UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA,           :                NOTICE OF
                                                          APPEARANCE

 -against-                           :

MOHAMMAD BAQER SAAD         :                26 Cr. 220 (CM)
DAWOOD AL-SAADI,

                                 :

           Defendant,            :
--------------------------------------------------------------x


       Please take notice that I appear in this case for Mohammad Baqer Saad Dawood Al-Saadi.


Dated:      New York, New York
             July 7, 2026

                                      By: /s/ Benjamin Silverman
                                        Benjamin Silverman