Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2026

***By Email & CM/ECF***
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Mohammad Al-Saadi***
**26 Cr. 220 (CM)**

Dear Judge McMahon:

We write to respectfully request that the Court endorse the enclosed proposed order directing the Bureau of Prisons, MDC Brooklyn, to provide Mohammad Al-Saadi with non-legal reading materials within 48 business hours of receiving the FBI's approval of the materials, as contemplated by the Special Administrative Measures. *See* 9/9/26 Conf. Tr. at 11.

Respectfully submitted,

Andrew John Dalack, Esq.
Benjamin Silverman, Esq.
Assistant Federal Defenders
Tel: 646-315-1527

Cc: Government counsel