DC SDNY
CUMENT
LECTRONICA LLY FILED
OC #:
ATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

26 Cr. 220 (CM)

Mohammad Baqer Saad Dawood Al-Saad,

Defendant.

---------------------------------------------------------------x

TRIAL NOTICE

McMahon, J.:

The trial of this case will commence June 7, 2026, at 9:30 a.m.

Dated: September 22, 2026

United States District Judge