Case 1:26-cr-00220-CM Document 25 Filed 10/01/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

October 1, 2026

10-1-26

**By CM/ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

OK

Colleen McMahon

**Re: *United States v. Mohammad Al-Saadi***
**26 Cr. 220 (CM)**

Dear Judge McMahon:

We write with the government's consent respectfully to request a one-week extension – until October 13 – to submit a reply in further support of Mr. Al-Saadi's motion concerning Special Administrative Measures and his confinement conditions, Dkt. 14. The motion was filed on Augsut 25 and the government responded this past Monday, September 28. This is the first request for an extension. We conferred with Assistant United States Attorney Jeffrey Coyle and the government consents to this request. Thank you for your consideration.

Respectfully submitted,

/s/
Andrew John Dalack, Esq.
Benjamin Silverman, Esq.
Assistant Federal Defenders
Tel: 646-315-1527

Cc: Counsel of record (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-1-26