Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2026

***By CM/ECF***
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Mohammad Al-Saadi***
**26 Cr. 220 (CM)**

Dear Judge McMahon:

We write to supplement the record concerning the defense's motion to strike and/or modify the SAMs. On October 1, 2026, the defense was informed that Mr. Al-Saadi was scheduled for three family calls in October: a call on October 8, October 15, and October 22, respectively. To the defense's knowledge, Mr. Al-Saadi had his call on October 8 without incident.[1] However, today, Mr. Al-Saadi's call did not occur. No explanation was provided. As we understand it, the FBI did not contact the MDC to facilitate the call—and BOP staff cannot initiate a family call for a SAMs inmate without law enforcement. We request that this information be included in the record for our motion and that the Court convene a conference at its earliest convenience to address Mr. Al-Saadi's ability to speak with his family. Thank you for your consideration.

Respectfully Submitted,

/s/
Andrew John Dalack, Esq.
Benjamin Silverman, Esq.
Hana Yamahiro, Esq.
Assistant Federal Defenders
Tel: (646) 315-1527

Cc: Counsel of record (by ECF)
Mohammed Al-Saadi (by legal mail)

[1] The defense has requested, but not yet received, the government's notes and recording of the call. *See* Fed. R. Crim. P. 16(a)(1)(B).