Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 20, 2026

***By CM/ECF***
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Mohammad Al-Saadi***
**26 Cr. 220 (CM)**

Dear Judge McMahon:

We write to provide the Court with another update regarding the Government's implementation of the SAMs. Earlier yesterday evening, the Government informed defense counsel that it is limiting Mr. Al-Saadi to one, approximately one-hour-long family call per month, the minimum under the SAMs. The Government asserted that it was reducing Mr. Al-Saadi's calls to his mother and sisters in response to the SAMs violations it alleged in its opposition to the defense's SAMs challenge. Accordingly, Mr. Al-Saadi's call last week was intentionally cancelled by the Government, and he will not have a call on Thursday, October 22, as previously scheduled. Rather, his next call is now scheduled for November 5, 2026.

As discussed in our reply letter dated October 13, 2026, the Government has not demonstrated that Mr. Al-Saadi's calls in July and September violated the SAMs, nor has it presented sufficient information justifying its decision to further curtail Mr. Al-Saadi's access to his immediate family. Instead, this recent restriction underscores how the Government's implementation of the SAMs in this case is punitive in violation of Mr. Al-Saadi's due process rights under *Bell v. Wolfish*, 441 U.S. 520 (1979). The defense respectfully requests that the Court convene a conference as soon as practicable to address this development and to compel the Government to provide Mr. Al-Saadi with more than one phone call per month with his immediate family.

Respectfully Submitted,

/s/
Andrew John Dalack, Esq.
Benjamin Silverman, Esq.
Hana Yamahiro, Esq.
Tel: (646) 315-1527

Cc: Government counsel