Case 1:26-cr-00220-CM Document 34 Filed 11/06/26 Page 1 of 2

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 6, 2026

MEMO ENDORSED
11-6-26
Modification in Motion schedule Granted.
Colleen McMahon

**BY ECF & EMAIL**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Mohammad Al-Saadi**
**26 Cr. 220 (CM)**

Dear Judge McMahon,

We write to request a two-week adjournment to file the combatant immunity motion in Mr. Al-Saadi's case. This is the first adjournment request and the Government does not object to this application. The reason for the request is that an expert from whom we anticipate including a declaration with our motion requires additional time to finalize his declaration.

Under the current schedule, the defense motion is due November 9, 2026, the Government's opposition is due December 14, 2026, and the defense reply is due December 28, 2026. To accommodate our expert's work, we request the schedule be modified to: defense motion due **November 23, 2026**, Government's opposition due **January 8, 2027**, and defense reply due **January 15, 2027**.

We expect this will be our only request for an extension of the motion deadline. Thank you for your consideration.

Respectfully,
/s/
Andrew John Dalack, Esq.
Benjamin Silverman, Esq.
Hana Yamahiro, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 11-6-26

Assistant Federal Defenders
Tel.: (212) 417-8768

Cc: Government Counsel (by ECF)
Mohammad Al-Saadi (by legal mail)