Case 1:26-cr-00220-CM Document 36 Filed 11/09/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

MEMO ENDORSED

November 9, 2026

11-9-26

Granted – except as to the contact visits with counsel, which were to begin immediately.

**By Email and ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Mohammad Baqer Saad Dawood Al-Saadi*, 26 Cr. 220 (CM)**

Dear Judge McMahon:

On the consent of the defendant, the Government writes to respectfully request a 5-day adjournment to file its supplemental submission in further opposition to the defendant's motion to vacate/modify the SAMs. On November 2, 2026, the Court ordered that such filing be submitted by November 12, 2026. (Dkt. No. 32). Since that time, the Government has been extensively coordinating with the Bureau of Prisons, the Federal Bureau of Investigation, and counsel for the defendant, to respond to the Court's order. To ensure that the Government's submission is as fulsome as possible, the Government respectfully requests that the filing deadline be extended to November 17, 2026. The Government has conferred with counsel for the defendant, who consent to the Government's request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Jeffrey W. Coyle
Sarah L. Kushner
David J. Robles
Assistant United States Attorneys
Southern District of New York
(212) 637-2437/2676/2550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11-9-26