UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x

UNITED STATES OF AMERICA

v. 26 CR 220 (CM)

MOHAMMAD BAQER SAAD
DAWOOD AL-SAADI

Defendant
x

**UNSEALING ORDER**

McMahon, J.:

In light of the public filing of Superseding Indictment S1 26 CR 220 (CM), *see* docket entry 39, the Clerk of the Court is hereby directed to unseal docket entry 33 (the unredacted version of the Court's decision at docket entry 32).

This constitutes the order of the Court.

November 10, 2026

Colleen McMahon
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 11-10-26