UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MOHAMMAD BAQER SAAD DAWOOD AL-SAADI,
MOHSEN MAHAJERI, and
MOHAMMED ALI AL-HASSANI,

Defendants.

**ECF CASE**

**NOTICE OF APPERANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

No. S1 26 Cr. 220 (CM)

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

by: ___________________________
Chelsea L. Scism
Assistant United States Attorney
(212) 637-2105

TO: Counsel of Record (via ECF)